IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cytiva Bioprocess R&D AB and Cytiva Sweden AB,<br><br>   Plaintiffs,<br><br> v.<br><br>JSR Corporation, JSR Micro NV, and JSR Life Sciences, LLC,<br><br>   Defendants. | Civil Action No. 21-310-RGA<br><br>**JURY TRIAL DEMANDED** |

## [PLAINTIFFS' PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. The stay of this action is lifted and the case is reopened; and

2. The parties shall confer and submit a proposed Scheduling Order scheduling the case through trial within fourteen (14) days.

SO ORDERED this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE