

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

August 4, 2023

**VIA CM/ECF**

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *Cytiva Bioprocess R&D AB, et al. v. JSR Corporation, et al., C.A. No. 21-310-RGA*

Dear Judge Andrews,

    We write on behalf of Cytiva, pursuant to the Court's Oral Order (D.I. 83), to respectfully request either: (1) that the conference set for August 8th be reinstated; or (2) that Cytiva have an opportunity to respond to JSR's letter in writing. We respectfully submit that JSR's letter left a misimpression: that Cytiva seeks to continue to assert claims which have been pronounced invalid by the PTAB, when that is not Cytiva's intention. In view of that and the fact that we had no opportunity to respond to JSR's letter, we respectfully request that Cytiva have a chance to be heard, either at a conference or in a supplemental letter submission.

    We are available at the Court's convenience.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)